UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZEFERINO CELSO MORALES AURELIA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 22-cv-1676-JPG

Criminal No 20-cr-40020-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Zeferino Celso Morales Aurelia's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Zeferino Celso Morales Aurelia, and that this case is dismissed with prejudice.

**DATED: August 3, 2022**

MONICA A. STUMP, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**